IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN HOWARD,<br><br>    Plaintiff,<br><br>v.<br><br>JEFFREY HAW, and CAROL D. SMITH,<br><br>    Defendants. | Case No.: 13-cv-343 JSC<br><br>**ORDER REGARDING SERVICE OF SUMMONS AND COMPLAINT** |

A review of the docket indicates that although Plaintiff filed this civil action on January 24, 2013, Plaintiff has yet to serve the Defendants. (Dkt. No. 1). Plaintiff shall file proof of service of the Summons and Complaint on Defendants by June 3, 2013.

The Court directs Plaintiff's attention to the Handbook for Pro Se Litigants, which is available along with further information for the parties on the Court's website located at http://cand.uscourts.gov/proselitigants. Plaintiff may also contact the Legal Help Center, 450 Golden Gate Avenue, 15th Floor, Room 2796, Telephone No. (415) 782-9000 extension 8657, for free legal advice regarding his claims.

The Case Management Conference scheduled for May 9, 2013 is continued to 1:30 p.m. on July 11, 2013.

**IT IS SO ORDERED.**

Dated: May 6, 2013

_____
JACQUELINE SCOTT CORLEY
UNITED STATES MAGISTRATE JUDGE