IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN HOWARD,<br><br>        Plaintiff,<br><br>   v.<br><br>JEFFREY HAW, and CAROL D. SMITH,<br><br>        Defendants. | Case No.: 13-cv-343 JSC<br><br>**ORDER TO SHOW CAUSE** |

This civil action was filed on January 24, 2013. On May 6, 2013, the Court issued an Order directing Plaintiff to serve the Defendants as he had yet to do so. (Dkt. No. 4.) Plaintiff was given until June 3, 2013 to file proof of service of the Summons and Complaint on Defendants. To date, Plaintiff has not filed proof of service or communicated with the Court in any way.

Plaintiff is ordered to show cause as to why this action should not be dismissed for failure to prosecute pursuant to Federal Rule of Civil Procedure 41 based on Plaintiff's failure to serve Defendant in accordance with the Court's order. Plaintiff shall submit a written response to this Order by July 1, 2013 showing cause as to why this action should not be dismissed for failure to prosecute. Failure to comply with this order may result in the dismissal of this action. *See* Fed. R. Civ. P. 41(b).

**IT IS SO ORDERED.**

1  Dated: June 18, 2013

2  _____
   JACQUELINE SCOTT CORLEY
3  UNITED STATES MAGISTRATE JUDGE