IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN HOWARD,<br><br>   Plaintiff,<br><br>v.<br><br>JEFFREY HAW, and CAROL D. SMITH,<br><br>   Defendants. | Case No.: 13-cv-343 JSC<br><br>**ORDER REASSIGNING CASE AND REPORT AND RECOMMENDATION TO DISMISS** |

This civil action was filed on January 24, 2013. On May 6, 2013, the Court issued an Order directing Plaintiff to serve the Defendants as he had yet to do so. (Dkt. No. 4.) Based on Plaintiff's non-response, on June 18, 2013, the Court ordered Plaintiff to show cause as to why this action should not be dismissed for failure to prosecute pursuant to Federal Rule of Civil Procedure 41 based on Plaintiff's failure to serve Defendants. (Dkt. No. 5.) The Court ordered Plaintiff to respond to the Order to Show Cause by July 1, 2013. Plaintiff was warned that failure to comply with the Court's Order could result in the dismissal of this action. *See* Fed. R. Civ. P. 41(b). To date, Plaintiff has not filed a response or communicated with the Court in any way.

As Plaintiff has neither consented to nor declined the undersigned magistrate judge's jurisdiction, the Clerk of the Court is ordered to reassign this action to a district court judge. Based on the foregoing, this Court RECOMMENDS that the newly assigned district judge

1  DISMISS this action for failure to prosecute pursuant to Federal Rule of Civil Procedure
2  41(b).
3  **IT IS SO ORDERED.**

5  Dated: July 8, 2013

_____
JACQUELINE SCOTT CORLEY
UNITED STATES MAGISTRATE JUDGE

2